IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JOHNATHAN A. WHEELER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:23-cv-199-MTT-CHW |
| | : | |
| Warden JOSEPH POLITE, *et al.*, | : | Proceedings Under 42 U.S.C. § 1983 |
| | : | Before the U.S. Magistrate Judge |
| Defendants. | : | |
| _____ | : | |

## ORDER

Pending before the Court is a motion requesting assistance, in which Plaintiff describes the toll that prosecuting multiple cases[1] is taking on him and asks that the Court order Plaintiff to take a polygraph or lie detector test so that his pending cases may be resolved. (Doc. 27). The Court has no authority to order and administer such an examination. In addition, "[o]pinions based on polygraph examinations are seldom, if ever, admissible into evidence." *Norelus v. Denny's Inc.*, 628 F.3d 1270, 1284 (11th Cir. 2010). *See also, United States v. Henderson*, 409 F.3d 1293 (11th Cir. 2005)(affirming exclusion of polygraph evidence under Fed.R.Evid. 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993)). Plaintiff's motion for assistance (Doc. 27) is **DENIED**.

**SO ORDERED**, this 30th day of January 2024.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

---

[1] Also pending before the Court are *Wheeler v. Polite,* 5:22-cv-404-MTT-CHW, in which a recommendation to grant some of the Defendants motion to dismiss is currently pending, and *Wheeler v. Polite*, 5:23-cv-164-TES-CHW, in which one of Plaintiff's claims has been permitted to proceed for factual development while his amended complaint is pending screening pursuant to 28 U.S.C. § 1915A(a).

1